# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Apr 17, 2024
s/ llc
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 24-849M(NJ)
A black Samsung smartphone IMEI 357532329624267, )
securely stored at the FBI Milwaukee Field Office 3600 S. )
Lake Drive, St. Francis, WI, hereinafter the Target Phone )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before 5/1/2024 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Nancy Joseph____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: 4/17/2024 @ 2:55 p.m.

*/s/ Nancy Joseph*
*Judge's signature*

City and state: Milwaukee, Wisconsn

Magistrate Judge Nancy Joseph
*Printed name and title*

# Return

| Case No.: 24-849M (NJ) | Date and time warrant executed: 5·13·24 submitted 4·17·24 executed 12:18 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

Content of Samsung smartphone Model: SM-S135DL, IMEI: 357532329624267

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/29/24

_Katherine L. Sadler_
Executing officer's signature

KATHERINE L. SADLER        SPECIAL AGENT
Printed name and title

# ATTACHMENT A

## Premises to Be Searched

The below-described **Target Phone**, which is securely stored at the FBI Milwaukee Field Office, 3600 S. Lake Drive, St. Francis, Wisconsin, to wit:

- A black Samsung smartphone IMEI 357532329624267

15

## ATTACHMENT B

### Evidence to Be Seized

All records on the **Target Phone** described in Attachment A that relate to violations of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) (sex trafficking of a child), in whatever form they may be found, including but not limited to:

a. Stored electronic communications, including email, instant messaging, text messaging, multimedia messaging, and communications in third party apps;

b. Contact lists and records of communications with those contacts, including call logs and written messages of any kind;

c. Images, videos, travel records, information related to the identity of victims, and any other content or records on the phone.

d. Photographs or videos;

e. Records evidencing travel and device location information, including GPS locations, map or navigation apps, phone tracking apps, and Internet Protocol addresses;

f. Web browsing and bookmark history; and

g. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phone books, calendars, and saved usernames and passwords.

As used above, the terms "records" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage and any photographic form.

16

Case 2:24-mj-00849-NJ    Filed 05/29/24    Page 4 of 4    Document 2